UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARTHUR BOCCHI AND KAREN BOCCHI,

                              Plaintiffs,

                     -against-

STATE FARM FIRE AND CASUALTY COMPANY,

                              Defendant.

-------------------------------------------------------------------X

Civil Action No.:
CV-13-2124(JFB)(AKT)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice against defendant State Farm Fire & Casualty Company, pursuant to Fed.R.Civ.P. Rule 41(a). A copy of this fully executed Stipulation shall have the same force and effect as an original.

Dated: Uniondale, New York
         November 27, 2013

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
Attorneys for Plaintiff

_____
Louis S. Tassan (LST 0605)
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000

RIVKIN RADLER LLP
Attorneys for Defendant

_____
Michael P. Welch, Esq. (MW 7559)
926 RXR Plaza
Uniondale, NY 11556-0926
(516) 357-3443

So Ordered:

_____

2868264 v1