FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 08 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ARTHUR BOCCHI AND KAREN BOCCHI,

                Plaintiffs,

-against-

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.

---------------------------------------------------------X

Civil Action No.:
CV-13-2124(JFB)(AKT)

**STIPULATION OF
DISMISSAL WITH
<u>PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice against defendant State Farm Fire & Casualty Company, pursuant to Fed.R.Civ.P. Rule 41(a). A copy of this fully executed Stipulation shall have the same force and effect as an original.

Dated: Uniondale, New York
       November 27, 2013

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
Attorneys for Plaintiff

_____
Louis S. Tassan (LST 0605)
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000

So Ordered:

_____

2868264 v1

RIVKIN RADLER LLP
Attorneys for Defendant

_____
Michael P. Welch, Esq. (MW 7559)
926 RXR Plaza
Uniondale, NY 11556-0926
(516) 357-3443

The Clerk of the Court shall close the case.

SO ORDERED,

Date: Jan. 8, 2014
Central Islip, N.Y.